BRENDA CRUZ KEITH, State Bar No. 108425
Lawyer
1965 Market Street, 2nd Floor
San Francisco, California 94103
Tel: (415) 626-6494
Fax: (415) 626-9835

Attorney for Plaintiff
MOAB INVESTMENT GROUP LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MOAB INVESTMENT GROUP LLC,<br><br>         Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., an entity of the form unknown, and DOES 1 through 50 inclusive,<br><br>         Defendants. | Case No.   CV 13-05985 PJH<br><br>*Assigned for all purposes to:*<br>*Hon. Phyllis J. Hamilton*<br><br>{PROPOSED}<br>ORDER DISMISSING ACTION PER STIPULATION |

Pursuant to the stipulation of the Parties:  IT IS HEREBY ORDERED that the Case is Dismissed with Prejudice.  Each party to bear its own fees and costs.

        IT IS SO ORDERED.

Dated : 2/3/14

_____
HONORABLE PHYLLIS J. HAMILTON
DISTRICT JUDGE

**END OF ORDER**

---

Order Dismissing Action per Stipulation